# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2502

_____

| | | |
|---|---|---|
| Phillip Davis, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Western District of Missouri. |
| | * | |
| David Dormire, et al., | * | **[UNPUBLISHED]** |
| | * | |
| Appellees. | * | |

_____

Submitted: September 7, 2001
Filed: September 20, 2001

_____

Before BOWMAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Phillip Davis, a Missouri inmate, was charged with several rule violations, including assault, arson, and possessing an intoxicating substance. He was found guilty on each of these charges and received time in administrative segregation. He grieved the decisions but did not receive rulings on all of his grievances. He also was placed in a strip cell on two occasions. Based on these allegations, Davis brought this 42 U.S.C. § 1983 action against various prison officials, alleging violations of his First,

Eighth, and Fourteenth Amendment rights. The district court[1] dismissed Davis's complaint under 28 U.S.C. § 1915A, and Davis appeals. Upon careful de novo review of the record, we affirm.

Davis's allegations do not establish (1) that his transfer to administrative segregation "impose[d] atypical and significant hardship on [Davis] in relation to the ordinary incidents of prison life" as is required to trigger due process protection, see Sandin v. Connor, 515 U.S. 472, 484 (1995); (2) that prison officials knew of and disregarded an excessive risk to Davis's health and safety from his stays in the strip cell, see Williams v. Delo, 49 F.3d 442, 445 (8th Cir. 1995); or (3) that any failure to process his grievances actually prejudiced him, see Farver v. Vilches, 155 F.3d 978, 979-80 (8th Cir. 1998).

Accordingly, we affirm. We deny Davis's motion for appointment of counsel.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The HONORABLE SCOTT O. WRIGHT, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the HONORABLE WILLIAM A. KNOX, United States Magistrate Judge for the Western District of Missouri.